# Court of Appeals
# of the State of Georgia

ATLANTA, November 05, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0160. SHALAIRE JOHNSON v. CAROL BASKIN et al.

Sharlaire Johnson filed an action against defendants Carol Baskin and Baskin & Baskin Law Firm. After all parties appeared at the hearing, the trial court subsequently granted defendants' motion for a directed verdict as to all issues raised by Johnson. Johnson then filed this timely pro se application for discretionary appeal.

The final judgment at issue here is directly appealable under OCGA § 5-6-34 (a) (1). We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Johnson shall have ten days from the date of this order to file a notice of appeal with the trial court. If she has already filed a notice of appeal in the trial court, she need not file a second notice. See *Wannamaker v. Carr*, 257 Ga. 634, 635 (1) (362 SE2d 53) (1987). The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 11/05/2025

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*